UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. PETER GUSTAVO GESUALDO,<br>a/k/a Peter Gustano Gusualdo,<br>a/k/a Peter Gesualdo,<br>a/k/a Peter Gersualdo,<br>a/k/a Phillip Dunphy Ficazzola,<br>2. JOSEPH WILLIAM WATERMAN,<br><br>Defendants. | ) | **INDICTMENT** Cr 02-293 (JRT/FLN)<br><br>(18 U.S.C. § 2)<br>(18 U.S.C. § 2113(a))<br>(18 U.S.C. § 2113(d)) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Bank Robbery)

On or about August 2, 2002, in the State and District of Minnesota, the defendants,

PETER GUSTAVO GESUALDO and
JOSEPH WILLIAM WATERMAN,

did, aiding and abetting each other, by force, violence and intimidation take from the person or presence of another money, namely cash in the amount of Three Hundred and Nine Dollars ($309), belonging to and in the care, custody, control, management, and possession of Citizens Independent Bank at 4201 Minnetonka Boulevard, St. Louis Park, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a) and 2.

5 4/2/07

(4)

FILED SEP 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**COUNT 2**
(Bank Robbery)

On or about August 3, 2002, in the State and District of Minnesota, the defendants,

PETER GUSTAVO GESUALDO and
JOSEPH WILLIAM WATERMAN,

did, aiding and abetting each other, by force, violence and intimidation take from the person or presence of another money, namely cash in the amount of Two Thousand Two Hundred and Twenty Dollars ($2,220), belonging to and in the care, custody, control, management, and possession of Twin Cities Federal (TCF) National Bank located within the Cub Foods grocery store at 8341 South Lyndale Avenue, Bloomington, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a) and 2.

**COUNT 3**
(Attempted Bank Robbery)

On or about August 5, 2002, in the State and District of Minnesota, the defendants,

PETER GUSTAVO GESUALDO and
JOSEPH WILLIAM WATERMAN,

did, aiding and abetting each other, attempt by force, violence and intimidation take from the person or presence of another money, namely cash, belonging to and in the care, custody, control, management, and possession of Twin Cities Federal (TCF) National Bank located at 100 West County Road B, Maplewood, Minnesota, a

bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a) and 2.

**COUNT 4**
(Bank Robbery)

On or about August 5, 2002, in the State and District of Minnesota, the defendants,

PETER GUSTAVO GESUALDO and
JOSEPH WILLIAM WATERMAN,

did, aiding and abetting each other, by force, violence and intimidation take from the person or presence of another money, namely cash in the amount of Three Thousand One Hundred Ninety-One Dollars ($3,191), belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank at 8041 Brooklyn Boulevard, Brooklyn Park, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a) and 2.

**COUNT 5**
(Bank Robbery)

On or about August 7, 2002, in the State and District of Minnesota, the defendants,

PETER GUSTAVO GESUALDO and
JOSEPH WILLIAM WATERMAN,

did, aiding and abetting each other, by force, violence and intimidation take from the person or presence of another money,

namely cash in the amount of Two Thousand One Hundred Fifty-Nine and 97/100ths Dollars ($2,159.97), belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank at 8600 Highway 7, St. Louis Park, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a) and 2.

**COUNT 6**
(Bank Robbery)

On or about August 8, 2002, in the State and District of Minnesota, the defendants,

PETER GUSTAVO GESUALDO and
JOSEPH WILLIAM WATERMAN,

did, aiding and abetting each other, by force, violence and intimidation take from the person or presence of another money, namely cash in the amount of Six Thousand Fifty-Two Dollars ($6,052), belonging to and in the care, custody, control, management, and possession of First National Bank of Hudson (North Branch) at 38860 Tenth Avenue, North Branch, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a) and 2.

**COUNT 7**
(Armed Bank Robbery)

On or about August 12, 2002, in the State and District of Minnesota, the defendants,

PETER GUSTAVO GESUALDO and
JOSEPH WILLIAM WATERMAN,

did, aiding and abetting each other, by force, violence and intimidation assault and put in jeopardy the life of any person or persons by use of a dangerous weapon, to wit: a handgun, and take from the person or presence of another money, namely cash in the amount of Four Thousand One Hundred Seventy-Six Dollars ($4,176), belonging to and in the care, custody, control, management, and possession of Twin Cities Federal (TCF) National Bank at 3380 Denmark Avenue, Eagan, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.

A TRUE BILL

UNITED STATES ATTORNEY

FOREPERSON