FILED
SEP 25 2002
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH WATERMAN,

Defendant.

CR 02-40069-01

**INDICTMENT** CR 02-343 DSD

Bank Robbery

18 U.S.C. § 2113(a)

---

The Grand Jury charges:

On or about the 13th day of August, 2002, at Mitchell, in the District of South Dakota, Joseph Waterman, by force, violence, and intimidation, did take from the person or presence of another money, namely, United States currency, belonging to and in the care, custody, control, management, and possession of the Fulton State Bank located at 115 East Havens, Mitchell, South Dakota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

Foreperson

JAMES E. McMAHON
UNITED STATES ATTORNEY

Michelle Tapken for
By: James E. McMahon

4/2 2007

(3)

FILED NOV 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK